## UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| U N I T E D   S T A T E S, | ) | Misc. Dkt. No. 2014-14 |
| **Respondent** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF DOCKETING** |
| **Airman First Class (E-3)** | ) | |
| **JOSE A. COSSIO, JR.,** | ) | |
| **USAF,** | ) | |
| **Petitioner** | ) | **Panel No. 1** |

A Petition for Extraordinary Relief in the Nature of a Writ of Coram Vobis and Appointment of Counsel in the above styled case was filed with this Court by the Petitioner *Pro se* on the 10th day of November, 2014.

The case has been assigned **Misc. Dkt. No. 2014-14** and has been referred to **Panel 1** for review.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court